# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1574
Lower Tribunal No. 23-28228-CA-01
_____

**Dorothy Zeigler, et al.,**
Appellants,

vs.

**Gerald McGhee, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Marva L. Wiley, P.A., and Marva L. Wiley, for appellants.

Quaranta, P.A., and John M. Quaranta, for appellee Gerald Mc Ghee.


Before SCALES, C.J., and BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Candler Holdings Ltd. I v. Watch Omega Holdings, L.P.</u>, 947 So. 2d 1231, 1234–35 (Fla. 1st DCA 2007) ("Public policy and stability of our society . . . requires strict compliance with the appropriate statutes by those seeking ownership through adverse possession. . . . Adverse possession is not favored and all doubts are resolved in favor of the owner. . . . The requirements of the statute and the case law were not met in this case." (quotations omitted)).